IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COLOURPOP COSMETICS, LLC AND SEED BEAUTY, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT, <br><br> Defendants. | Case No.: 1:23-cv-03230 <br><br> Judge Lindsay C. Jenkins <br><br> Magistrate Judge Jeffrey T. Gilbert |

**PLAINTIFFS' MOTION FOR WITHDRAWAL OF ATTORNEY OF RECORD**

PLEASE TAKE NOTICE that pursuant to Rule 83.17 of the Local Rules of the United States District Court for the Northern District of Illinois, Plaintiffs COLOURPOP COSMETICS, LLC and SEED BEAUTY, LLC ("Plaintiffs"), move for the withdrawal of Anna Iskikian as an attorney of record for Plaintiffs and, in support thereof, would respectfully show unto the honorable Court the following:

1. Good cause exists for the court to grant the withdrawal of Anna Iskikian as an attorney of record for Plaintiffs ColourPop Cosmetics, LLC and Seed Beauty, LLC;

2. Ms. Iskikian is separating from the law firm representing Plaintiffs in this matter, Thoits Law. Declaration of Anna Iskikian ¶ 3. ("Iskikian Decl.").

3. Ms. Iskikian is no longer representing Plaintiffs in any capacity. *Id.* ¶ 4.

4. At least one attorney of Thoits Law continues to serve as attorney of record for Plaintiffs in this matter. *See* case docket.

5. Ms. Iskikian is not asserting a retaining or charging lien. Iskikian Decl. ¶ 6.

1

Plaintiffs hereby pray unto the honorable court to grant leave for, and to order that Anna Iskikian be removed as attorney of record for Plaintiffs ColourPop Cosmetics, LLC and Seed Beauty, LLC.

Dated: June 20, 2023                                          Respectfully submitted,

                                                              THOITS LAW

                                                              By: /s/ David E. Hutchinson
                                                              THOITS LAW
                                                              David E. Hutchinson
                                                              1136 S. Delano Court West
                                                              Ste B201, 2068
                                                              Chicago, IL 60605
                                                              (650) 327-4200
                                                              dhutchinson@thoits.com

                                                              *Attorneys for Plaintiffs*
                                                              *ColourPop Cosmetics, LLC*
                                                              *and Seed Beauty, LLC*