# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Colourpop Cosmetics, LLC and Seed Beauty, LLC v. The Individuals, et al.

Case Number: 1:23-cv-5650

An appearance is hereby filed by the undersigned as attorney for:

Defendant The Green Market (Identified as No. 123 on Schedule A)

Attorney name (type or print): Baruch S. Gottesman

Firm: Gottesman Legal PLLC

Street address: 11 Broadway, Suite 615

City/State/Zip: New York, NY 10004

Bar ID Number: NY - 4480539
(See item 3 in instructions)

Telephone Number: (212) 401-6910

Email Address: baruchgottesman@gmail.com   bg@gottesmanlegall.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ Yes | ☐ No |
| Are you acting as local counsel in this case? | ✔ Yes | ☐ No |
| Are you a member of the court's trial bar? | ☐ Yes | ✔ No |
| If this case reaches trial, will you act as the trial attorney? | ✔ Yes | ☐ No |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on December 3, 2023

Attorney signature: S/ Baruch S. Gottesman

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015